**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 358 MAL 2020
 :
Respondent :
 :
 : Petition for Allowance of Appeal
 : from the Order of the Superior Court
v. :
 :
 :
DAVID EDWARD CASTRO, JR., :
 :
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.